IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-1198-MDB

AHMED AHMEDSALEM,

Petitioner,

v.

TODD LYONS, Acting Director, ICE,
JUAN BALTAZAR, Warden of Aurora Detention Center,
ROBERT HAGAN, and
PAMELA BONDI, Attorney General

      Respondents.

---

## MINUTE ORDER

---

ENTERED BY U.S. MAGISTRATE JUDGE MARITZA DOMINGUEZ BRASWELL

      This case has been directly assigned to a magistrate judge. D.C.COLO.LCivR 40.1(c). Pursuant to D.C.COLO.LCivR 40.1(c)(4), IT IS ORDERED that the parties shall complete and file the *Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction* form (ECF No. 5), indicating either the unanimous consent of the parties or that consent has been declined, on or before **April 29, 2026**.

Dated: March 30, 2026

---